Dean A. Reeves (SBN 150558)
  dreeves@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 North Lake Avenue, Suite 1100
Pasadena, California 91101-4158
Tel:  (626) 535-1900 | Fax:   (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVETTE AQUIL, as successor in interest to BETTY L. JOHNSON, and as executor of the estate of BETTY L. JOHNSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NBS DEFAULT SERVICES, LLC; AFFINIA DEFAULT SERVICES, LLC; WELLS FARGO BANK, N.A.; NATIONSTAR MORTGAGE, LLC doing business as MR. COOPER; and DOES 1 through 20, inclusive;<br><br>Defendants. | CASE NO.: 3:18-cv-04201-EMC<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME FOR THE DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>*[Assigned to the Hon. Edward M. Chen]* |

The Court, having read and considered the parties' STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, finds good cause exists for the parties' request, and therefore:

**IT IS HEREBY ORDERED:**

The time for the defendants WELLS FARGO BANK, N.A., and NATIONSTAR MORTGAGE, LLC, doing business as Mr. Cooper, to file their

////

1 respective responses to the plaintiffs' Complaint in this matter is extended to
2 October 17, 2018.
3
4 Dated: \_\_\_\_8/20\_\_\_\_, 2018  _____
5                                        THE HON. EDWARD M. CHEN
                                       UNITED STATES DISTRICT JUDGE



CASE NO.: 3:18-CV-04201-EMC
2 ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING REQUEST TO EXTEND TIME FOR THE DEFENDANTS TO RESPOND TO THE COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys for Plaintiff*: *Evette Aquil* | COURTESY COPY VIA EMAIL ONLY: |
|---|---|
| Michael Avanesian, Esq. Vartkes Artinian, Esq. Saman S. Shooshani, Esq. JT LEGAL GROUP, APC 801 North Brand Blvd., Suite 1130 Glendale, California 91203 Tel: 818.276.2312 \| E-Fax: 818.839.2306 email: KH@HarouniLaw.com \| s.nguyen@HarouniLaw.com | *Attorneys for Defendants NBS Default Services, LLC and Affinia Default Services, LLC:* Nabeel Zuberi, Esq. McCalla Raymer Leibert Pierce, LLC 301 E. Ocean Dr., Suite 1720 Long Beach, CA 90802 Tel. \| Fax: (562) 983-5363 Nabeel.Zuberi@McCalla.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **August 17, 2018.**

| Rachelle Guillory | */s/ Rachelle Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |